No. 115.   NAGEL *v.* OREGON.   Supreme Court of Oregon.   Certiorari denied.   *George H. Layman, Carl W. Berueffy* and *Hyman Smollar* for petitioner.

No. 116.   BRADBURN *v.* SHELL OIL Co., INC.   C. A. 10th Cir.   Certiorari denied.   *Creekmore Wallace* and *B. E. Harkey* for petitioner.   *Geo. W. Cunningham* for respondent.

No. 117.   WHITE *v.* FEINBERG.   C. A. 5th Cir.   Certiorari denied.   *Miller Walton* for petitioner.

No. 120.   COMMISSIONER OF INTERNAL REVENUE *v.* SMITH.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner.   *Robert Ash* for respondent.

No. 121.   COMMISSIONER OF INTERNAL REVENUE *v.* LONG.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner.   *Harry C. Weeks* for respondent.

No. 123.   FAHS, COLLECTOR OF INTERNAL REVENUE, *v.* ECONOMY CAB Co. ET AL.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner.   *C. D. Towers* for respondents.

No. 124.   FAHS, COLLECTOR OF INTERNAL REVENUE, *v.* NEW DEAL CAB Co.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner.   *Chester Bedell* for respondent.

No. 125.   UNITED STATES *v.* PARTY CAB Co.   C. A. 7th Cir.   Certiorari denied.   *Solicitor General Perlman* for